UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 APR 21 P 2:24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KARSTEN KLEIN, ) | |
| ) | |
| Plaintiff ) | Civil Action |
| ) | No. **04  10799 MLW** |
| V. ) | |
| ) | |
| McALLISTER TOWING & ) | |
| TRANSPORTATION COMPANY, INC ) | |
| ) | |
| Defendant ) | MAGISTRATE JUDGE _____ |

### SEAMAN'S AFFIDAVIT

I, DAVID F. ANDERSON, attorney for the Plaintiff in the above-entitled action, do on oath depose and say as follows:

1.     The Plaintiff, KARSTEN KLEIN, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

David F. Anderson, BBO#560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated:    4/20/04.

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

Subscribed and sworn to before me this _20th_ day of _April_, 200 _4_

 My commission expires _9-22-06_

Notary Public

DONNA M. TEMPESTA
Notary Public
Commonwealth of Massachusetts
My Commission Expires Sep 22, 2006

2