# United States District Court

## DISTRICT OF MASSACHUSETTS

KARSTEN KLEIN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

McALLISTER TOWING & TRANSPORTATION
COMPANY, INC.

**04 10799 MLW**

TO: (Name and address of defendant)

McAllister Towing & Transportation
  Company, Inc.

REGISTERED AGENT FOR SERVICE:
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE

(BY) DEPUTY CLERK

United States District Court
for the District of Massacusetts

---

Karsten Klein,

                            Plaintiff,

-against-

McAllister Towing & Transportation
Company, Inc.,

                            Defendant.

**AFFIDAVIT OF SERVICE**
No. 04-10799-MLW

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS:

Frank J. Panucci, being duly sworn says: Deponent is over the age of eighteen, is not party to the action and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: ***Summons in a Civil Case, Plaintiff's Complaint and Demand for Jury Trial***. That the party which was served was **CORPORATION SERVICE COMPANY** as Registered Agent for **McAllister Towing & Transportation Company, Inc.**

That on the 6th day of May 2004, at approx. 2:50 p.m., at the office of Corporation Service Company at 80 State Street, 6th Floor, Albany, New York, one copy of the aforesaid papers was served by personally delivering to and leaving with Nikki Chapple, Service of Process Rep. and known to me to be empowered to receive such service on behalf of Corporation Service Company.

Description of Nikki Chapple - Title: Service of Process Rep.
Black female, 5'4", 36 yrs.old, 175 lbs., black hair, wears glasses.

                                                  Frank J. Panucci

Sworn to before me
this 6th day of May 2004.

Paula J. Cole
Notary Public, State of New York
Qualified in Albany County
No.01CO9042570
Commission Expires September 30, 2006.