UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KARSTEN KLEIN,<br>    Plaintiff<br><br>V.<br><br>McALLISTER TOWING &<br>TRANSPORTATION COMPANY, INC.<br>    Defendant | Civil Action<br><br>No. 04-10799 |

STIPULATION OF DISMISSAL

Now comes the Plaintiff in the above captioned matter and pursuant to F.R.Civ.P. 41 stipulates to the dismissal of the above action without predjudice and without cost to any party.

    Respectfully submitted for the
    the Plaintiff, Karsten Klein,
    by his attorney,


    /s/ David F. Anderson
    David F. Anderson, BBO #560994
    Latti & Anderson LLP
    30-31 Union Wharf
    Boston, MA 02109
    (617) 523-1000

Dated: